2008-0235
Loan No. 27403765
POWERS KIRN, LLC
728 Marne Highway
P.O. Box 848
Moorestown, NJ 08057
856-802-1000
Attorney for Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB
WP0186

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| Syung Yeol Park | : CASE NO. 07-27044 - MS |
| Jong Yea Park | : |
| | : CHAPTER: 7 |
| **Debtor(s)** | : |
| | : HEARING DATE: |
| | : |

**CERTIFICATION OF AMOUNT DUE**

Kristy Wagner does hereby certify:

1. I am the bankruptcy department manager of Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB, the holder of a bond and mortgage on premises known as 20 Dorotockeys Lane, Old Tappan, NJ 07675. Copies of said documents are attached hereto.

2. The following is the amount due on the bond and mortgage:

| | |
|---:|---|
| $606,541.06 | Unpaid Principal Balance |
| $32,698.11 | Interest |
| $0.00 | Advances for Taxes & Insurance |
| $1,145.44 | Late Charges |
| $30.00 | Other Advances (specify) |
| $740.00 | Legal Fees & Costs |
| $641,154.61 | TOTAL DUE |

3. The last payment made on this account was made on  06/08/2007 .

    4.  I certify the above facts are true.  I am aware that if the above facts are wilfully false, I am subject to punishment.

                                   /s/ Kristy Wagner
                                   Kristy Wagner

DATED: 02/25/2008